

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LANDON ALEXANDER KENT,<br><br>Defendant. | Case No. 23-MJ-419<br><br>ORDER OF DETENTION<br><br>[18 U.S.C. § 3148(b), 3143(a)] |

I.

On January 30, 2023, Defendant made his initial appearance, following his arrest on a bench warrant issued in the Southern District of Florida on January 9, 2023, for alleged violations of the terms and conditions of pretrial release in case no. CR 22-60184-Singhal (United States v. Landon Kent). Deputy Federal Public Defender ("DFPD") Annie O'Tool was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Afia Bondero.

. A detention hearing was held.

The Court has reviewed the files and records in this matter, including the Petition for violations of conditions of pretrial release, dated December 22, 2022, the recommendation by Pretrial Services, that Defendant be detained, and the arguments presented by counsel at the hearing.

The Court finds, pursuant to 18 U.S.C. § 3148(b), as follows:

1. Based on the factors set forth in 18 U.S.C. § 3142(g), there is no longer any condition or combination of conditions of release that will assure that he defendant will not flee or pose a danger to the community or to others if allowed to remain on bail pending future court proceedings.
2. The Court has taken into account the allegations of defendant's noncompliance with the conditions of pretrial release, as alleged in the petition filed in the Southern District of Florida, which include his attempts to contact witnesses/victims in this case by using aliases to create social media accounts that targeted the victims/witnesses in this case, in direct violation of the condition that he have no contact with victims/witnesses in his case.

Thus, the Court finds that there is now a change in circumstances which justifies reconsideration of the decision to allow Defendant to remain on release. The Court finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community or to others if allowed to remain on bail.

IT IS THEREFORE ORDERED that defendant is remanded to the custody of the United States Marshal to be removed to the Southern District of Florida for further proceedings forthwith. <u>The Court directs government counsel to follow up with government counsel in the charging district regarding Defendant's next scheduled appearance, and provide this information to DFPD O'Toole to allow counsel to monitor the status of Defendant's transportation to, and arrival in, the charging district for his next appearance.</u>

Dated: January 30, 2023

                                               /s/
                                      ALKA SAGAR
                        UNITED STATES MAGISTRATE JUDGE